# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Randall Mosser, Douglas Mosser, Marilyn Koon, and Jayne Harkin, | ) ) ) |
| Plaintiffs, | ) **ORDER SUSPENDING** ) **DISCOVERY DEADLINES** ) |
| vs. | ) ) |
| Denbury Resources, Inc. and Denbury Onshore, LLC, | ) ) Case No. 1:13-cv-148 ) |
| Defendants. | ) |

On September 10, 2014, the court held a telephonic status conference to discuss whether the parties wanted to extend the existing discovery deadlines due to the pending summary judgment motions. Charles J. Peterson and Jared Larsen appeared on plaintiffs' behalf. Amy L. De Kok and Matthew J. Barber appeared on defendants' behalf.

Pursuant to the parties' agreement, the court **ORDERS** all existing discovery deadlines **SUSPENDED** until further order of the court. At this point, the final pretrial conference set for April 15, 2015 and the jury trial set for April 27, 2015 will remain on the court's calendar. They may be continued at a later time as necessary.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court