# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Randall Mosser, Douglas Mosser, Marilyn Koon, and Jayne Harkin, | )<br>)<br>) |
| Plaintiffs, | ) **ORDER FOR SUPPLEMENTAL**<br>) **BRIEFING**<br>) |
| vs. | )<br>) |
| Denbury Resources, Inc. and Denbury Onshore, LLC, | )<br>) Case No. 1:13-cv-148<br>) |
| Defendants. | ) |

On November 5, 2014, the court held a hearing on the motions for summary judgment pending in the above-captioned case. Charles J. Peterson and Jared Douglas Larsen appeared on plaintiffs' behalf. Amy DeKok appeared on defendants' behalf.

Before the court rules on the summary judgment motions, it will permit the parties to supplement the existing briefing by submitting (1) the relevant oil and gas leases and any argument addressing the impact of those leases on the issues that have been briefed, and (2) additional argument addressing the notice issue. The supplemental briefs shall be filed by no later than December 5, 2014.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court