# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Randall Mosser, Douglas Mosser, Marilyn Koon, and Jayne Harkin, ) ) ) | |
| Plaintiffs, ) ) | **ORDER CANCELLING TRIAL AND FINAL PRETRIAL CONFERENCE** |
| vs. ) ) | |
| Denbury Resources, Inc. and Denbury Onshore, LLC, ) ) ) | Case No. 1:13-cv-148 |
| Defendants. ) | |

Three summary judgment motions are pending in the above-captioned case. A final round of supplemental briefing on the motions was completed on January 30, 2015. All existing discovery deadlines in the case were suspended on September 10, 2014. The final pretrial conference set for April 15, 2015 and the jury trial set for April 27, 2015 remained on the court's calendar.

Given the potential need for further discovery if a trial is required, the court concludes it appropriate to **CANCEL** the final pretrial conference and jury trial at this time. If necessary, the final pretrial conference and jury trial as well as any necessary discovery deadlines will be reset after the court issues an order on the motions for summary judgment.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court