**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Randall Mosser, Douglas Mosser, Marilyn Koon, and Jayne Harkin, <br><br> Plaintiffs, <br><br> vs. <br><br> Denbury Resources, Inc. and Denbury Onshore, LLC, <br><br> Defendants. | **ORDER SETTING DISCOVERY DEADLINES, FINAL PRETRIAL CONFERENCE AND JURY TRIAL** <br><br><br> Case No. 1:13-cv-148 |

**IT IS ORDERED:**

1. The parties shall have until December 1, 2015 to complete fact discovery and file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff by March 1, 2016;

    b. Defendant by May 2, 2016.

3. The parties shall have until July 1, 2016 to file other dispositive motions (summary judgment as to all or part of the case).

4. A final pretrial conference will be held on November 1, 2016 at 2:30 PM CDT before Judge Miller. The conference will be conducted via telephone conference call to be initiated by the court.

5. A jury trial will be held beginning on November 14, 2016 at 1:30 PM CST in Bismarck Courtroom 2 before Judge Miller. The case will be set for five (5) days of

1

trial.

Dated this 13th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court