# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Randall Mosser, Douglas Mosser, Marilyn Koon, and Jayne Harkins, | ) ) ) ) **ORDER** |
| Plaintiffs, | ) ) |
| vs. | ) |
| Denbury Resources, Inc. and Denbury Onshore, LLC, | ) Case No. 1:13-cv-148 ) ) |
| Defendants. | ) |

On September 19, 2017, the parties filed a "Stipulation for Dismissal with Prejudice." The court **ADOPTS** the stipulation (Doc. 142) and **DISMISSES** the above entitled action with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court